## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13525-JKF

PAMELA R. BEARD-COX

258 Bayard Road

Upper Darby, PA 19082

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    PAMELA R. BEARD-COX

    258 Bayard Road

    Upper Darby, PA 19082

Counsel for debtor(s), by electronic notice only.

    MICHAEL SCHWARTZ
    707 LAKESIDE OFFICE PARK
    STREET AND STUMP ROADS
    SOUTHAMPTON, PA 18966-

/S/ William C. Miller

Date: 8/19/2016

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee