**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    **Pamela R. Beard-Cox**              :    **Chapter 13**
                                               :    **Bankruptcy No.**
                                               :    **16-13525-jkf**

## ORDER

     **AND NOW,** this          day of                    , 2016, upon consideration of the foregoing Application for Compensation and Reimbursement of Expenses, it is hereby ORDERED that MICHAEL S. SCHWARTZ, ESQUIRE, is awarded $3,000.00 as the total legal fee for services performed and expenses incurred for essential bankruptcy services performed. Trustee is authorized to pay the unpaid balance thereof, the sum of $1,500.00 from the estate to the extent provided by the confirmed Plan.

_____
**Date: December 12, 2016**          Honorable Jean K. FitzSimon
                                     U.S. Bankruptcy Court Judge