**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pamela R. Beard-Cox <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 16-13525 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Sutton Funding LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0085

                                          Respectfully submitted,

                                          **<u>/s/Thomas Puleo, Esquire</u>**
                                          Thomas Puleo, Esquire
                                          Brian C. Nicholas, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406